**Order filed, May 3, 2012.**



In The

# Fourteenth Court of Appeals
_____

NO. 14-12-00138-CR
_____

**KHALEEM HASAN GUILLORY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 183rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1322045**

## ORDER

The reporter's record in this case was due **April 9, 2012**, 2012. *See* Tex. R. App. P. 35.1. On **April 16, 2012**, this court issued an order for Janet Ragan to file the reporters record on or before **May 16, 2012**. To date, the record has not been filed with the court. Because the reporter's record will not be filed within the time prescribed in the first order, the court **GRANTS** your request and issues the following order.

We order **Janet Ragan**, the official court reporter, to file the record in this appeal **on or before June 11, 2012. No further extension will be entertained**. The trial and

appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Janet Ragan** does not timely file the record as ordered, the Court may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM